110 F.3d 530
 Kenneth G. GEIMER, Appellant,
v.
Samuel T. PASTROVICH, Jr., et al., Appellees.
 No. 90-2784EMSL.
 United States Court of Appeals,Eighth Circuit.
 March 28, 1997.
 
 1
 Order Denying Petition for Rehearing and Suggestion for Rehearing En Banc.
 
 
 2
 Prior report: 946 F.2d 1379.
 
 ORDER
 
 3
 Although inadvertent, the court recognizes its ultimate responsibility for the long delay in bringing Kenneth Geimer's suggestion for rehearing en banc to the forefront for a ruling on the merits.
 
 
 4
 Having carefully considered the matter, the suggestion for rehearing en banc is denied. Rehearing by the panel is also denied.
 
 
 5
 It is so ordered.